**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JONATHAN JOSEPH TERRY** **PETITIONER**
**Reg #15706-010**

**v.** **Case No: 2:25-cv-00160-LPR**

**HUMPHREY, Complex Warden,**
**Forrest City FCI Medium** **RESPONDENT**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 26). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] To the extent Petitioner's Memorandum of Law in Support of Petition (Doc. 27) can be construed as presenting objections to the RD, the Court has considered Petitioner's arguments as such and found them unavailing.