**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JONATHAN JOSEPH TERRY** **PETITIONER**
**Reg #15706-010**

**v.** **Case No: 2:25-cv-00160-LPR**

**HUMPHREY, Complex Warden,**
**Forrest City FCI Medium** **RESPONDENT**

# JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

IT IS SO ADJUDGED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE